UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
CASE NO. 0:26-cv-00066-DLB-EBA
"*Electronically filed*"

DAVID A. MOHLER, AS ADMINISTRATOR FOR
THE ESTATE OF WILLIAM EDWARD MOHLER, IV PLAINTIFF

v.

THE CITY OF ASHLAND, KENTUCKY,
UNKNOWN OFFICER(S) OF THE CITY
OF ASHLAND, KENTUCKY WHO SHOT
WILLIAM EDWARD MOHLER, IV DEFENDANTS

---

**NOTICE OF FILING**

---

Comes the Plaintiff, David A. Mohler, as Administrator for the Estate of William Edward Mohler, IV, by counsel, and gives notice of filing of the attached summons to be issued against the newly added Defendant, Dakota Gilkinson.

RESPECTFULLY SUBMITTED,

s/Ned Pillersdorf
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KY 41653
PH: (606) 886-6090
FX: (606) 886-6148
pillersn@gmail.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on the CM/ECF server, on this the 26th day of October, 2026.

S:/NED PILLERSDORF
NED PILLERSDORF