**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**
**CASE NO. 0:26-CV-00066-DLB-EBA**

**DAVID A. MOHLER, AS ADMINISTRATOR**
**FOR THE ESTATE OF WILLIAM EDWARD MOHLER, IV** **PLAINTIFF**

**v.**

**CITY OF ASHLAND** **DEFENDANT**

---

**ORDER**

---

Upon Motion of the Defendant, and the Court being sufficient advised and informed, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss be and is GRANTED due to Plaintiff's failure to state a claim upon which relief may be granted.

**SO ORDERED** this ______ day of _____________, 2026

_____________________________________________
HON. DAVID L. BUNNING
Judge, U.S. District Court